**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JIMMY BURTON, | ) | NO. CV 11-6925-DSF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN G. LEWIS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 18, 2012.

/s/ Dale S. Fischer
_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE